

# CHRIS DANIEL

## HARRIS COUNTY DISTRICT CLERK

September 16, 2015

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
9/22/2015 1:38:29 PM
CHRISTOPHER A. PRINE
Clerk

MELISSA MARTIN
ATTORNEY OF RECORD
1201 FRANKLIN 13TH FLOOR
HOUSTON TX 77002

Defendant's Name: DHANI TAYLOR

Cause No: 1400168

Court: 184TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 09/09/15
**Sentence Imposed Date:** 09/09/15
**Court of Appeals Assignment:** **Fourteenth Court of Appeals**
**Appeal Attorney of Record:** MELISSA MARTIN

Sincerely,

D. Bullock
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P.O. Box 4651  Houston, Texas  77210-4651

Cause No. 1400168

FILED
Chris Daniel
District Clerk
SEP 09 2015
Harris County, Texas
Time:
By:
Deputy

22/999
998
P.2

# THE STATE OF TEXAS

Dhani Taylor                    V.                    , A/K/A/ _____

___184___ District Court / County Criminal Court at Law No. _____

## Harris County, Texas

### NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

On __9/9/15__ (date), the defendant in the above numbered and styled cause gives **NOTICE OF APPEAL** of his conviction

**The undersigned attorney (check appropriate box):**

- ☒ **MOVES** to withdraw
- ☐ **ADVISES** the court that he will **CONTINUE** to represent the defendant on appeal

| | |
|---|---|
| __4/9/15__ | __Dena Fisher__ |
| **Date** | **Attorney (Signature)** |
| | __Dena Fisher__ |
| **Defendant (Printed name)** | **Attorney (Printed name)** |
| | __24034440__ |
| | **State Bar Number** |
| | __440 Louisiana Ste 300__ |
| | **Address** |
| | __713 222 2201__ |
| | **Telephone Number** |

**The defendant (check all that apply):**

- ☒ **REPRESENTS** to the court that he is presently **INDIGENT** and **ASKS** the court to immediately **APPOINT** appellate counsel to represent him

- ☒ **ASKS** the Court to **ORDER** that a free record be provided to him

- ☒ **ASKS** the court to set **BAIL**

Accordingly, Appellant **ASKS** the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief

| | |
|---|---|
| | _PHANI Taylor_ |
| **Defendant (Signature)** | **Defendant's Printed name** |

SWORN TO AND SUBSCRIBED BEFORE ME ON ___SEP 09 2015___

By Deputy District Clerk of Harris County, Texas _____

# ORDER

On __9/9/15__ the Court conducted a hearing and **FINDS** that defendant / appellant

☐ **IS NOT** indigent at this time

☒ **IS** indigent for the purpose of

    ☐ employing counsel

    ☐ paying for a clerk's and court reporter's record

    ☐ employing counsel or paying for a clerk's and court reporter's record.

The Court **ORDERS** that

☒ Counsel's motion to withdraw is **GRANTED / DENIED.**

☐ Defendant / appellant's motion (to be found indigent) is **DENIED**

☒ Defendant's / appellant's motion is **GRANTED** and

    ☒ __Public Defenders Office__ (attorney's name & bar card number)

    is **APPOINTED** to represent defendant / appellant on appeal

☐ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant *No court reporter was requested & there is no record.*

**BAIL IS**

☒ SET at $ __25,000__

☐ **TO CONTINUE** as presently set

☐ **DENIED** and is **SET** at **NO BOND** (Felony Only)

**DATE SIGNED** **SEP 0 9 2015** _____

_____
JUDGE PRESIDING,
_184th_ **DISTRICT COURT /**
**COUNTY CRIMINAL COURT AT LAW NO** _____
**HARRIS COUNTY, TEXAS**



Cause No. _14 00168_

THE STATE OF TEXAS

v.

_Dhani, Taylor_, Defendant

IN THE 184TH DISTRICT COURT

COUNTY CRIMINAL COURT AT LAW NO. _____

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

[X] is not a plea-bargain case, and the defendant has the right of appeal. [or]

[X] is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [or]

[ ] is a pea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [or]

[~~X~~] is a plea-bargain case, and the defendant has NO right of appeal. [or]

the defendant has waived the right of appeal.

_____  
Judge

9-9-15  
SEP 0 9 2015  
_____  
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition of discretionary review in the Court of Criminal Appeals. TEX. R. APP. P. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____  
Defendant

Mailing Address: _____

Telephone number: _____

Fax number (if any): _____

FILED  
Chris Daniel  
District Clerk  
SEP 0 9 2015  
Time: _____  
By: _____  
Harris County, Texas  
Deputy

_____  
Defendant's Counsel

State Bar of Texas ID number: _74034440_

Mailing Address: _440 Louis_

Telephone number: _____

Fax number: _____

*** A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant – a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2)

RECORDER'S MEMORANDUM  
This instrument is of poor quality  
at the time of imaging

9/1/2011

Cause No. 1400168

STATE OF TEXAS

v.

Dhani Taylor,

Defendant

§
§
§
§
§
§
§

IN THE 184th DISTRICT COURT

OF HARRIS COUNTY, TEXAS

## ADVICE OF DEFENDANT'S RIGHT TO APPEAL

The Court, pursuant to TEX. R. App. P. 25.2, advises the Defendant as follows:

1. Texas law gives a defendant convicted of a crime the right to appeal his conviction.

2. If you pled guilty or no contest and accepted the punishment recommended by the prosecutor, however, you cannot appeal your conviction unless this Court gives you permission. If you waived or gave up your right to appeal, you cannot appeal your conviction.

3. If you did not plead guilty, you may have the right to appeal. If you want to appeal, you must give notice of appeal in writing to this Court's clerk within 30 days.

4. If an attorney represents you in the court of appeals, your attorney must mail a copy of the court of appeals' judgment and opinion to your last known address. You must tell your attorney, in writing, of any change in your address.

5. If you are not satisfied with your appeal's result, you can ask the Court of Criminal Appeals to review your case by filing a petition for discretionary review within 30 days of the opinion's issuance in the court of appeals. If you fail to inform your attorney of any change in your address, you may lose the opportunity to seek discretionary review.

The Defendant declares the following to the Court (choose one):
1. ☑ I read and write English. I have read and I understand this document. _____ (Defendant initial here if true); or
2. ☐ I speak English. _____ (name reader) read this document to me. I understand its contents. _____ (Defendant initial here if true); or
3. ☐ I do not speak English. _____ (name translator) translated this document for me. I understand its contents. _____ (Defendant initial here if true.)

X _____
Defendant's signature

9-9-15

SEP 09 2015

Sworn to and subscribed before me on _____

_____
Harris County Deputy District Clerk

FILED
Chris Daniel
District Clerk
SEP 09 2015
Harris County, Texas
By _____ Deputy

_____
Presiding Judge
184th District Court
Harris County, TEXAS

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

# APPEAL CARD

14th

**Court** 184    11-08-15    **Cause No.** 1400168

## The State of Texas

Vs.

Taylor, Dhani

9-9-15

**Date Notice Of Appeal:** 9-9-2015

**Presentation:**    Vol._____ Pg._____

**Judgment:**    Vol._____ Pg._____

**Judge Presiding** Jan Krocker

**Court Reporter** waived

**Court Reporter**_____

**Court Reporter**_____

**Attorney on Trial** Dena Fisher

**Attorney on Appeal** Melissa Martin

    Appointed ✓    Hired_____

**Offense** Abang/Endangering Child w/intent to return

**Jury Trial:**    Yes_____    No ✓

**Punishment Assessed** 7 months STJ

**Companion Cases (If Known)**_____

**Amount of Appeal Bond** 25,000

**Appellant Confined:**    Yes ✓    No_____

**Date Submitted To Appeal Section** 9-10-2015

**Deputy Clerk**_____

997/32